IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MICHAEL BOGGS, <br><br> Defendant. | § § § § § § § § § § § § § § § <br><br> C.A. NO. C-06-482 |

**<u>ORDER</u>**

On this day came on to be considered the United States' "Motion for Time to Determine if Intervention is Appropriate" in the above-styled action. (D.E. 30.) Pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(a), the Court hereby CERTIFIES that Defendant Michael Boggs' Answer and Counterclaims (D.E. 15) in the above-styled case have drawn into question the constitutionality of a federal statute, 17 U.S.C. § 504(c). The Clerk of Court is ORDERED to provide a copy of this certification to the Attorney General of the United States pursuant to Rule 5.1. The United States has 60 days from the date of this Certification Order to intervene in this case.

SIGNED and ENTERED this 24th day of July, 2007.

_____
Janis Graham Jack
United States District Judge